IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                         Case No. 4:10-cr-40020

RONALD LARRY TREADWAY                                                                         DEFENDANT

## ORDER

    Before the Court is Defendant Ronald Larry Treadway's Motion for Clarification of Sentence. (ECF No. 41). Treadway asks the Court to clarify whether his federal sentence was to run concurrently or consecutively to his state sentence. Treadway was released from federal custody on December 24, 2015. Therefore, Treadway's Motion for Clarification of Sentence (ECF No. 41) is **DENIED AS MOOT**.

    **IT IS SO ORDERED** this 6th of October, 2016.

    /s/ Harry F. Barnes
    Harry F. Barnes
    United States District Judge